UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAINE PUBLIC EMPLOYEES RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>AMERICAN INTERNATIONAL GROUP, INC., MARTIN SULLIVAN, STEVEN BENSINGER, JOSEPH CASSANO, and ROBERT LEWIS,<br><br>        Defendants. | CIV. NO. 08-CV-5464<br><br>Hon. Richard J. Sullivan |

## CERTIFICATE OF SERVICE

I, LISA POLLARD, hereby certify that a true and correct copy of:

1. THE CITY OF SAGINAW POLICE AND FIRE PENSION BOARD'S MOTION FOR CONSOLIDATION OF ALL RELATED ACTIONS, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL;

2. MEMORANDUM IN SUPPORT OF THE CITY OF SAGINAW POLICE AND FIRE PENSION BOARD'S MOTION FOR CONSOLIDATION OF ALL RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL; and

3. AFFIDAVIT OF LISA M. POLLARD IN SUPPORT OF THE CITY OF SAGINAW POLICE AND FIRE PENSION BOARD'S MOTION FOR CONSOLIDATION OF ALL RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL

was served upon all involved parties by sending a copy of the same to all counsel listed below by electronic notification or first-class mail, postage pre-paid.

| | |
|---|---|
| A. Arnold Gershon | agershon@barrack.com |
| Daniel E. Bacine | dbacine@barrack.com; mbonatara@barrack.com |
| Regina Marie Calcaterra | rcalcaterra@barrack.com; sdavis@barrack.com |

**VIA UNITED STATES MAIL:**
Jeffrey W. Golan
Leonard Barrack
Robert A. Hoffman
Barrack, Rodos & Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103

Executed this 21st day of July, 2008.

                                            /s Lisa M. Pollard
                                            Lisa M. Pollard (#LP-6327)