```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
In Re: AMERICAN INTERNATIONAL   :   ORDER
GROUP INC., et al.              :
                                                      :   08 Civ. 7019 (LAP)
------------------------------------------------------x   08 Civ. 6979 (LAP)
                                                          08 Civ. 6447 (LAP)
LORETTA A. PRESKA, U.S.D.J.                               08 Civ. 5725 (LAP)
                                                          08 Civ. 5722 (LAP)
                                                          08 Civ. 5560 (LAP)
                                                          08 Civ. 5464 (LAP)
                                                          08 Civ. 5240 (LAP)
                                                          08 Civ. 5072 (LAP)
                                                          08 Civ. 4772 (LAP)
                                                          07 Civ. 10464 (LAP)

A conference in the above noted cases shall be held on September 22, 2008 at 4:00 p.m. in Courtroom 12A. Counsel shall confer in advance and inform the Court by letter no later than September 18, 2008 of the following:

1. Whether the derivative cases should be consolidated;

2. Whether the ERISA cases should be consolidated;

3. Whether the securities cases should be consolidated;

4. Whether there is agreement on appointment of lead counsel in:

   --the derivative cases

   --the ERISA cases

   --the securities cases.

   If not, how counsel in those groups of cases propose to proceed;

5. The status of any document retention agreements;

6. Defense counsel's intentions with respect to motions to dismiss in each group of cases.

7. Plaintiffs' counsel's intentions with respect to amended pleadings in each group of cases.

8. Preliminary discovery issues, including when discovery should commence, access to documents for all counsel and the like; and

9. Other issues.

Counsel for Defendants shall circulate this notice to counsel in any related, pending actions not listed above.

SO ORDERED:

Dated: September 3, 2008

_____
LORETTA A. PRESKA, U.S.D.J.

aigconforder